**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1707

SAMUEL M. JAMES,

                    Plaintiff – Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant – Appellee,

          and

ERIK SHINSEKI, Secretary, United States Veterans Affairs,

                    Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:13-cv-00861-REP)

Submitted:  November 18, 2014      Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel M. James, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel M. James appeals the district court's order granting Defendants' motion to dismiss his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. James v. United States, No. 3:13-cv-00861-REP (E.D. Va. May 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED